**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**UNITED STATES OF AMERICA, for the use and benefit of L & W SUPPLY CORPORATION d/b/a SEACOAST SUPPLY,**

**Plaintiff,**

**v.** **Case No. 3:08cv56/MCR**

**DICK CORPORATION, et al.,**

**Defendants.**
________________________________/

# O R D E R

The cases listed below have been reassigned to the undersigned. Upon a review of the papers filed in the instant case and in those listed below, the court has *sua sponte* determined that these cases present common questions of fact or law. Accordingly, pursuant to Rule 42(a), Fed.R.Civ.P., the cases are hereby consolidated with the instant case for all further proceedings:

________*United States of America v. Dick Corp., et al.*, 3:08cv/226/MCR
________*United States of America v. CNA Ins. Co., et al.*, 3:08cv300/MCR
*United States of America v. Continental Ins. Co., et al.,* 3:08cv360/MCR
*United States of America v. Continental Ins. Co., et al.,* 3:08cv444/MCR
*United States of America v. Continental Ins. Co., et al.,* 3:08cv375/MCR
*United States of America v. Dick Corp.,et al.,* 3:08cv410/MCR

All future pleadings and papers shall be filed in Case No. 3:08cv56/MCR *only*. In addition, the scheduling and mediation order entered June 19, 2008, and modified on September 2, 2008, in the instant case (docs. 37, 53) is VACATED; furthermore, any such

orders which may have been entered in the consolidated cases are likewise VACATED. As its earliest convenience, the court shall conduct a Rule 16 conference, to be set by separate order, following which conference the court shall enter a revised scheduling and mediation order which shall be applicable to the consolidated case.

Accordingly, it is ORDERED:

1. The clerk is directed to CONSOLIDATE the instant case with the cases listed above.

2. In the future all pleadings and papers shall be filed in Case No. 3:08cv56/MCR.

3. The clerk shall file a copy of this order in the docket for each of the cases listed above.

4. The scheduling and mediation order entered June 19, 2008, and modified on September 2, 2008, in the instant case (docs. 37, 53) is VACATED; additionally, any such orders which may have been entered in the consolidated cases are likewise VACATED.

5. The clerk shall refer this matter to the undersigned to schedule a Rule 16 conference.

DONE AND ORDERED this 3rd day of December, 2008.

s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**